# PLAINTIFF'S EXHIBITS 'A' THROUGH 'D'

**CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT**
**WINNEBAGO COUNTY**

**08 C 521**

Rhia Fulcham

-vs-

Eric Fulcham

Case No. 07 D 876

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

**J. N.**

**TEMPORARY ORDER**

The Defendant shall have the minor child on alternate weekends from Saturday at 9:00 AM to Sunday at 7 PM commencing 8/11/07 pending mediation.

Dated: 8-7-07

JUDGE

## PLAINTIFF'S EXHIBIT 'A'

Administrative Agency: P  Incident #: 200700010175  Case_Nr:
Report No. 3  Entered: 08/15/2007 19:21  By Officer: 00000301  Sergeant Chet Smith
Subject: F/up

On 081507(Wed) at approx 1830hrs I(Sgt Smith) was contacted by Rhia Fulgham(via telephone) in reference to the incident that occurred in the parking lot of her residence on 081207 involving her daughter and her daughter's father(Eric Fulgham).

Rhia advised me that she had spoken to Sgt Frankenberry on 081207 about the incident and that he had taken pictures of her injuries. I advised Rhia that I was unaware that she had spoken to Sgt Frankenberry and at the time of the incident we(Officer Burgess/myself) did not observe any injuries on her at the time. I advised Rhia I would review the report, view the pictures Sgt Frankenberry had taken and re-contact her shortly thereafter.

Upon reviewing Sgt Frankenberry's report and viewing the photos taken I contacted Rhia(via telephone). I advised Rhia based on the reports by Officer Burgess and Sgt Frankenberry I will forward this report to the Ogle County State Attorney's Office for review. I advised Rhia if upon reviewing the case the SA's office determines there is sufficient evidence to warrant arrest she will be contacted and Eric would be arrested for Domestic Battery. Rhia advised she understood and hung up.

I later forwarded this report/case to the SA's office for review.

Nothing further.

Sgt Smith#301

**PLAINTIFF'S EXHIBIT 'B'**

Administrative Agency: P   Incident #: 200700010175   Case_Nr:
Report No. 1   Entered: 08/12/2007 19:29   By Officer: 00000210 Officer Tyler Burgess
Subject: Civil Problem

On Sunday 08/12/07 at 1846 hours I, Officer Burgess #210, was dispatched to 105 W. McConaughy Ave. reference a civil problem.

Upon arrival I met with Eric Fulgham, Rhia Fulgham, Karen Rush, Steven Wodrazka, and Autumn Fulgham (5 y/o).

Upon speaking with Eric he advised that he and Rhia were separated but had Autumn together. Eric stated that he came to drop off Autumn at Rhia's place. When Rhia came out to get Autumn out of the Eric's car, Autumn started yelling that she did not want to go. Eric told Rhia to wait because he wanted to have the police present. Rhia then became irate and attempted open Eric's car door. Eric got out and stood between Rhia and Autumn, who was still in the car, until the police arrived. Eric stated that Rhia was yelling that he hit her. Eric denied hitting Rhia.

Rhia advised that she came out to get Autumn and Eric pushed her not allowing her to have Autumn.

Steven stated that he was Rhia's boyfriend and that he saw Eric push Rhia against the car.

Karen, Eric's girlfriend, stated that Eric stood between the Autumn and Rhia and that there was no physical altercation.

Eric agreed to let Rhia have ~~the~~ Autumn per their prior agreement. Eric stated that he was worried that Rhia was abusing Autumn do to the comments that Autumn made to him and the way she acts when she has to go with Rhia.

Rhia and Eric agreed to perform the custody exchange at the Rochelle Police Department from now on to prevent any further confrontations.

There were no signs of a physical altercation and due to conflicting stories no arrests were made. Eric and Karen left the area.

No further police action required.

Officer Burgess #210

**PLAINTIFF'S EXHIBIT 'C'**

Administrative Agency: P   Incident #: 200700010175   Case_Nr:
Report No. 2   Entered: 08/13/2007 13:29   By Officer: 00000303 Sgt Phil Frankenberry
Subject: Pictures/Domestic Battery

On 081307 at 1330 hrs., I (Sgt. Frankenberry) spoke with Rhia at the station reference this case.

She said she had marks from the incident last night on her arms, had gotten an order of protection, and wanted to pursue charges for domestic battery. Ro photographed the injuries, which consisted of bruising to the upper inner arm of both her left, and right arm. That was the only bruising she had she said. I advised her I would document this incident for the investigating officer's who responded (Officer Burgess, Sgt. Smith). Rhia was not happy with this and wanted him arrested, saying, "what is wrong with the Rochelle Police". I explained to her I never said he would not be arrested, just that the officer would investigate further due to conflicting stories, and I was not at the scene, explaining to her I did not know all the circumstances to the call, and it would be better for the investigating officer to complete the call. I advised her when Officer Burgess, and Sgt. Smith would be working again, and they would contact her. The photographs were imported into the report consisting of #1 Rhia's left arm, #2 Rhia's right arm, #3 Rhia full body photo.

Ro Clear

Sgt. Frankenberry #303

**PLAINTIFF'S EXHIBIT 'D'**