FILED
JANUARY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# PLAINTIFF'S EXHIBITS 'E'

08/13/2007 MON 14:02 FAX 8157327115 OGLE COUNTY SHERIFFS 003/028

## EMERGENCY ORDER OF PROTECTION

Case No. 07OP 08 C 521

Court 15th JUDICIAL CIRCUIT

County OGLE State of ILLINOIS

Court Ph. #732-3201

JUDGE GOTTSCHALL
MAGISTRATE JUDGE VALDEZ

FILED AUG 13 2007 (File stamp) J. N.

CLERK OF THE CIRCUIT COURT OGLE COUNTY

**PETITIONER**

Rhia Fulgham
First Middle Last

Petitioner's ☑ Address ☐ Alternative Address: 105 W. McConaughy Apt. D10, Rochelle, Il 61068

And/or on behalf of other protected person(s)
☐ Child(ren) as noted on page 6, Part C of this order
☐ Other ______

**RESPONDENT**

Eric J. Fulgham
First Middle Last

Relationship to Petitioner: Spouse

Respondent's Address:
846 S. 20th Ave, Maywood, IL (Home)
303 TaxiCab Co. Palatine Il (Work)

**Caution indicators:**
- ☐ (A) Considered armed and/or dangerous
- ☐ (S) Suicidal
- ☐ (Y) Considered armed/dangerous and suicidal

**RESPONDENT IDENTIFIERS**

| SEX | RACE | DOB | HT. | WT. |
|---|---|---|---|---|
| M | Af. Am. | 1/30/63 | 6' | 280 |

| EYES | HAIR | SOCIAL SECURITY # |
|---|---|---|
| Brown | Black | XXX-XX-4614 |

| DRIVER'S LIC.# | STATE | EXP. DATE |
|---|---|---|
| | | |

Distinguishing Features (scars, marks, tattoos, martial arts):

**THE COURT FINDS:** That it has jurisdiction over the Petitioner and subject matter and the Respondent will be provided with reasonable notice and an opportunity to be heard within the time required by Illinois law.

**THE COURT ORDERS:** (Additional terms are set forth herein)
- ☑ That Respondent is prohibited from committing further acts of abuse or threats of abuse. (See R01)
- ☑ That Respondent is ordered to stay away from Petitioner and/or other protected persons. (See R02)
- ☐ The Circuit Clerk is directed to send within 24 hours: ☐ Daycare/School Notice(s) (See page 4)
- ☐ Firearms Notice(s) (see pg. 5)

A true copy of the original on file in my office. Attested to this 13 day of Aug 2007. Clerk of the Circuit Court 15th Judicial Circuit, Ogle County, Illinois. By Diane Sanders, Deputy Clerk

The terms of this Order shall be effective until: 8/29/07 5:00 pm

Hearing on the entry of a Plenary/Interim Order of Protection has been set for: 8/29/07 (Date) at 5:00 (Time) am (pm.)

at the OGLE COUNTY COURTHOUSE in Courtroom: Judge Hanson

*A PLENARY (FINAL) ORDER OF PROTECTION MAY BE ENTERED AGAINST YOU BY DEFAULT IF YOU FAIL TO APPEAR AT SUCH HEARING.*

**NOTICE TO RESPONDENT**

ANY KNOWING VIOLATION OF AN ORDER OF PROTECTION FORBIDDING PHYSICAL ABUSE, NEGLECT, EXPLOITATION, HARASSMENT, INTIMIDATION, INTERFERENCE WITH PERSONAL LIBERTY, WILLFUL DEPRIVATION, OR ENTERING OR REMAINING PRESENT AT SPECIFIED PLACES WHEN A PROTECTED PERSON IS PRESENT, OR GRANTING EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD OR GRANTING A STAY AWAY ORDER IS A CLASS A MISDEMEANOR AND A SECOND OR SUBSEQUENT VIOLATION IS A CLASS 4 FELONY. THE GRANTING OF EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD SHALL CONSTITUTE NOTICE FORBIDDING TRESPASS TO LAND. ANY KNOWING VIOLATION OF AN ORDER AWARDING LEGAL CUSTODY OR PHYSICAL CARE OF A CHILD OR PROHIBITING REMOVAL OR CONCEALMENT OF A CHILD MAY BE A CLASS 4 FELONY. STALKING IS A CLASS 4 FELONY FOR A FIRST OFFENSE AND A CLASS 3 FELONY FOR A SUBSEQUENT OFFENSE. ANY WILLFUL VIOLATION OF ANY ORDER IS CONTEMPT OF COURT. ANY VIOLATION MAY RESULT IN FINE OR IMPRISONMENT.

**FINDINGS (Jurisdiction)**

The court finds that: Good cause for granting the remedy or remedies requested without prior service of process or notice because:

A. ☑ The harm that remedies 1, 3, 5, 8, 9, 11, 14, 15 and 17 are intended to prevent would be likely to occur if the Respondent were given prior notice, or greater notice than was actually given, of the Petitioner's efforts to obtain judicial relief.

B. ☑ For Remedy 2, the immediate danger of further abuse of Petitioner by Respondent, if Petitioner chooses or had chosen to remain in the residence or household while Respondent was given any prior notice or greater notice than was actually given or of Petitioner's efforts to obtain judicial relief, outweighs the hardships to Respondent of an Emergency Order granting Petitioner exclusive possession of the residence or household.

C. ☑ For remedy 10, improper disposition of the personal property would likely occur if the Respondent were given any prior notice, or greater notice than was actually given, of the Petitioner's efforts to obtain judicial relief, or Petitioner has an immediate and pressing need for the possession of that property (750 ILCS 60/217(a)(3)(iii)).

☑ Petitioner's actual address is set forth of page one (1). **OR**

☐ Disclosure of Petitioner's address would risk further abuse, and the address set forth below is one for the purpose of service of notice in this case.

(Street/P.O. Box) (City) (State) (Zip Code)

Check all that apply:

☑ The persons protected by this Order are Petitioner and the minor child(ren) identified in Part C.

☑ The court has jurisdiction over the minor child(ren) (750 ILCS60/208) and/or other protected persons.

**RELATIONSHIP CODE:** The Petitioner/Abused Person stands in relationship to the Respondent as (check ***all*** that apply):

| CODE | ✓ | RELATIONSHIP | ✓ | CODE | RELATIONSHIP | ✓ | CODE | RELATIONSHIP | ✓ | CODE | RELATIONSHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BG | | Boyfriend/Girlfriend (dating relationship) | ✓ | CH | Child | | CC | Child in Common (Parties not married) | | CS | Shared/common Dwelling |
| GC | | Grandchild | | GP | Grandparent | | IL | In-Law | | PA | Parent |
| PC | | Personal Assistant or Care giver to Person w/disability | | PD | Person with disability | | PR | Person Responsible for High-Risk Adult | | SB | Sibling (brother/sister) |
| SC | | Step-child | ✓ | SE | Spouse | | SP | Step-parent | | SS | Step-sibling |
| XS | | Ex-Former Spouse | | OF | Other Related by Blood or Marriage | | | | | | |

PLAINTIFF'S EXHIBIT " E "

Page 2

**FINDINGS (General)**

The Court finds that:

☑ Venue is proper (750 ILCS 60/209).

☑ Upon examination of the Petition, Petitioner, and the evidence, Respondent has abused the Petitioner and/or the following person(s) protected under this order: Autumn Fulgham 5 (750 ILCS 60/214 (a)).

☐ The abused person(s) is/are unable to bring this Petition on his/her own behalf due to age, health, disability, or inaccessibility (750 ILCS 60/214).

☐ The Petition has been filed on behalf of a high-risk adult with disabilities who has been abused, neglected, or exploited by a family or household member.

☐ An Order of Protection has previously been entered in the instant proceeding or any other proceeding in which any party, or a child of any party, or both, has/have been designated as either a respondent or a protected person (750 ILCS 60/223.1).

**IT IS ORDERED** the following remedies that are checked apply in this case.

**PART A. PERSONAL REMEDIES**

☑ **RO1 (Police Enforced)** With respect to all protected persons, Respondent is prohibited from (check all that apply):

☑ Harassment, interference with personal liberty, physical abuse or stalking. ☐ Willful Deprivation

☑ Intimidation of a dependent. ☐ Neglect ☐ Exploitation

☑ **RO3 (Police Enforced)**

☑ Respondent is ordered to stay 300 ft. away from Petitioner and other protected person(s).

☑ Respondent is ordered to stay 300 ft. away from the residence of Petitioner and/or other protected persons(s), currently located at 105 W. McConaughy Apt. 010, Rochelle

☑ Respondent is prohibited from entering or remaining while Petitioner and/or protected person(s) is/are present at:

☐ Their place of employment at

☑ Their school, located at Any school the child attends –

☑ Any of the following specified places, when Petitioner and/or protected person(s) is/are present: any location except on 8/14/07 @ 4:45pm for mediation. 2020 Glenview Rd Rockford

☑ Respondent is order not to communicate in any way - directly, indirectly, or through third parties - with Petitioner and/or other protected persons, including, but not limited to phone, written notes, mail, e-mail or fax.

☐ **R14 (Police Enforced)** Respondent is prohibited from entering or remaining in the residence or household while under the influence of drugs or alcohol and constituting a threat to the safety or well-being of Petitioner or Petitioner's children.

**PART B. REMEDIES INVOLVING PROPERTY**

☑ **RO2 (Police Enforced)** Petitioner is granted exclusive possession of, and Respondent is prohibited from entering or remaining present at the residence/household located at: 105 W. McConaughy Apt. 010, Rochelle, Il 61068 or any location Petitioner resides because:

☑ Petitioner has a right to occupancy and Respondent has no such right **OR**

☐ Petitioner and Respondent both have right to occupancy but the balance of hardships favors temporary possession by Petitioner, the court having considered the factors set forth in 750 ILCS 60/214(c)(2).

☐ Respondent ☐ Petitioner shall have the right to enter the residence in the presence of law enforcement or an agreed upon third party, namely ______ solely to transfer personal property as provided in R10 below. *This does not affect title to property.*

☑ R10 (Court Enforced) Petitioner is granted the following personal property: Everything in home + in property

If the Respondent has possession or control of the property, the Respondent shall promptly make it available to the Petitioner. The Court finds as follows:

☑ Petitioner, but not Respondent, owns the property.

☐ The property is jointly owned by the parties, and sharing it would risk abuse or is impracticable and the balance of hardships favors granting this remedy to Petitioner.

☐ Petitioner claims property as marital property, and a proceeding has been filed under the Illinois Marriage and Dissolution of Marriage Act ("IMDMA").

☐ Respondent should be given his/her items of clothing, personal adornments, medications, and other items as follows: ______

☐ **(POLICE ENFORCED)** Personal property should be transferred ☐ at the residence, **OR**

**PLAINTIFF'S EXHIBIT " E "**

**Page 3**

☐ at ______________________ on ________, 20__ at ______ (am pm) in the presence of ______________________.

☑ R11 (Court Enforced) Respondent is prohibited from taking, transferring, encumbering, concealing, damaging, or otherwise disposing of any real or personal property, except as explicitly authorized by the Court because:

☑ Petitioner, but not Respondent, owns the property; or
☐ The Parties own the property jointly, and the balance of hardships favors granting this remedy.
☐ Petitioner claims the property as marital property and a proceeding has been filed under the IMDMA.
☐ Further, Respondent is prohibited from using financial or other resources of an aged member of the family or household for the profit or advantage of Respondent or any other person.

## PART C. REMEDIES INVOLVING CHILDREN

The minor child(ren) of the parties is/are:

| Full Name | Age | Full Name | Age |
|---|---|---|---|
| Autumn Fulgham | 5 | | |
| | | | |
| | | | |

☑ The primary caretaker of the minor child(ren) is ☑ Petitioner ☐ Respondent
☐ Other person: ______________________ (Name and Address)

☑ RO5 (Police Enforced) Petitioner is granted the physical care and possession of the minor child(ren) of the parties and ☐ Respondent is ordered to return the minor children to the physical care of: ☐ Petitioner ☐ Other ______________________ (Name and Address)
on: __________ at ______ am/pm in the presence of ______________________

☑ Respondent is further ordered not to remove the minor child~~(ren)~~ from the physical care of the Petitioner, school/school grounds, or babysitter/daycare provider, or other person *in loco parentis* (750 ILCS 60/223(a)(iii)).

☐ Within 24 hours of the issuance of the Order, the Circuit Clerk shall send written notice of the Order to any protected child's day care or school; specifically, that notice be sent to the following: ______________________

☑ RO7 (Court Enforced) Visitation is: ☑ Denied ☐ Restricted

Visitation of the minor child(ren) is denied / restricted because Respondent has or is likely to:

☐ Abuse or endanger the minor child(ren) during visitation.
☑ Use visitation as an opportunity to abuse or harass Petitioner, Petitioner's family, or household members.
☑ Improperly conceal or detain the minor child(ren).
☑ Act in a manner that is not in the best interest of the minor child(ren).

☐ **Reserved**. Visitation is reserved until further order of the court, or ☐ ______________________.

☐ **Granted.** Respondent shall return the child(ren) to Petitioner or Petitioner's designated person immediately at the end of visitation. Petitioner may deny Respondent access to the minor child(ren) if, when Respondent arrives for visitation, Respondent is under the influence of drugs or alcohol and constitutes a threat to the safety and well-being of Petitioner or Petitioner's minor child(ren) or is behaving in a violent or abusive manner (750 ILCS 60/214(b)(7)).

☐ The Respondent shall have visitation with the minor child(ren) beginning on ______________ from __________ am / pm to ______________ am / pm

☐ Each day as follows: ______________________ am / pm
☐ Each weekend (Note: a weekend is defined as from __________ am/pm to __________ am / pm
☐ Every other weekend (Note: a weekend is defined as from ________ am/pm to ________ am / pm
☐ Other: ______________________

And a like period thereafter during the pendency of the Order, ☐ in addition to the following Holidays: ______________________ from ________ am/pm to ________ am/pm.



**PLAINTIFF'S EXHIBIT " E "**
**Page 4**

☐ Respondent shall pick up and return the child(ren) for visitation at:

______________________________________________
(Street Address/City)

☐ Visitation shall take place at ______________________________________________
(Street Address/City)

and transportation shall be provided by ______________________________________________

☐ The Court, finding it necessary to protect Petitioner or other protected parties from further abuse, prohibits Respondent from going to Petitioner's residence to meet the minor child(ren) for visitation.

☐ ______________________ is approved to supervise visitation and has filed an affidavit accepting responsibility and acknowledging accountability to the Court.

☑ R08 (Police Enforced) Respondent is ordered not to conceal the minor child(ren) within the State or remove the child(ren) from the State of Illinois.

☐ R09 (Court Enforced) Respondent is ordered to appear in Courtroom __________, __________ County Courthouse, on __________ at __________ am/pm ☐ Alone / ☐ With the minor children:

☐ To prevent abuse, neglect, removal or concealment of the child.
☐ To return the child to the custody or care of the Petitioner; or
☐ To permit a court-ordered interview or examination of the child or Respondent.

☑ R15 (Court Enforced) Respondent is denied access to and is prohibited from inspecting, obtaining, or attempting to inspect or obtain school or any other records of the minor child(ren) in the care of the Petitioner because:

☑ The Order of Protection prohibits Respondent from having contact with the minor child(ren), **OR**
☐ Petitioner's actual address is omitted due to the risk of further abuse, **OR**
☐ It is necessary to prevent abuse or wrongful removal or concealment of the minor child(ren).

## PART D. FIREARMS

☐ **R14.5 (Police Enforced)** The Court has examined the Petitioner and any other witnesses under oath, has examined the petition and other relevant evidence on the issue of whether Respondent has threatened or is likely to use a firearm(s) illegally against Petitioner, and finds that there is a danger of the illegal use of firearms.

The Court finds that the Respondent:
☐ Has appeared personally in court
☐ Failed to appear personally after having received actual notice.

Respondent is ordered to turn over any and all firearms, including the following: ______________________________________________

______________________________________________

Respondent shall turn over the above listed firearms(s) to the
☐ ______________ County Sheriff's Office ☐ ______________ Police Department
on or before ______ ______, 20____ for safekeeping, to be returned to the Respondent on ______________, 20____ (Period not to exceed two years unless otherwise prohibited under federal law.) (18 U.S.C. §§ 922(d) and (g)(8), and 922 (d) and (g) (9)).

The Circuit Clerk will notify ☐ ______ County Sheriff's Office ☐ ______ Police Dept. of this provision, and such law enforcement agency shall take possession of said firearm(s) for safekeeping in accordance with the provisions of this Order.

**PLAINTIFF'S EXHIBIT " E "**
**Page 5**

PART F. MISCELLANEOUS REMEDIES

☐ R17 Respondent is further ordered and enjoined as follows: __________

The relief requested in paragraph(s) __________ of the Petition is/are
☐ Denied
☐ Reserved

because the balance of hardships does not support the granting of the remedy, and the granting of the remedy will result in hardship to Respondent that would substantially outweigh the hardship to the Petitioner from the denial of the remedy, or because __________

THIS EMERGENCY ORDER WAS ISSUED ON: Date: 8/13/07

Time: 11:40 (am) pm

Kathleen Kauff
JUDGE

I hereby certify that this is a true and correct copy of the original order on file with the court.

__________
Clerk of the Circuit Court of
__________ County, Illinois

Date: __________

(Seal of the Clerk of Circuit Court)

cc: ☐ Petitioner ☐ Respondent ☐ Counsel of Record ☐ Sheriff ☐ Advocate ☐ Jail ☐ S/A

PLAINTIFF'S EXHIBIT " E "
Page 6