FILED
JANUARY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00521   Document 1-4   Filed 01/23/2008   Page 1 of 6

**PLAINTIFF'S EXHIBITS**
**'F' PART 1**

**08 C 521**

| ORDER OF PROTECTION<br>☐ Interim  ☒ Plenary (final) | Case No. #07-OP-110 |
|---|---|
| | Court  15th  JUDICIAL CIRCUIT |
| | County  OGLE  State of ILLINOIS |
| | Court Ph.  #732-3201 |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

**PETITIONER**
Rhia Fulgham
First  Middle  Last

Petitioner's Address/Alternative Address:
105 W. McConaughy #D10 Rochelle Il 61068

COPY

**J. N.**

(File stamp)

And/or on behalf of other protected person(s) (list names & ages)
Autumn Fulgham 5

**RESPONDENT**
Eric J. Fulgham
First  Middle  Last

Relationship to Petitioner: Spouse

Respondent's Address:
846 S. 20th Ave. Maywood Il
(Home)
303 Taxi Cab Co. Palatine Il
(Work)

CAUTION:  ☐ Weapon Involved
B.H.V. Code:  ☐ Armed  ☐ Suicidal  ☐ Y (Both)

| RESPONDENT IDENTIFIERS | | | | |
|---|---|---|---|---|
| SEX | RACE | DOB | HT. | WT. |
| M | Black | 1/30/63 | 6' | 280 |
| EYES | HAIR | SOCIAL SECURITY # | | |
| Brn | Blk | xxx-xx-4614 | | |
| DRIVER'S LIC.# | | STATE | EXP. DATE | |

Distinguishing Feature (scars, marks, tattoos, martial arts):

**THE COURT FINDS:** That is has jurisdiction over the Petitioner and subject matter and the Respondent will be provided with reasonable notice and an opportunity to be heard within the time required by Illinois law. Additional findings are set forth on the following pages:

**THE COURT ORDERS:**
☒ That Respondent is prohibited from committing further acts of abuse or threats of abuse. (See R01)
☒ That Respondent is ordered to stay away from Petitioner. (See R03)
Additional terms of this order are set forth herein.

The terms of this Order shall be effective until: Nov 27, 2007 (Date)  9:00 a.m (Time am/pm)

☐ The Circuit Clerk is requested to send written notice of this Order, within 24 hours of the issuance of the Order, to any protected child's day care or school (see p. 6 of Order for location).

**PLAINTIFF'S EXHIBIT " F "**
**Page 1**

**NOTICE TO RESPONDENT**
ANY KNOWING VIOLATION OF AN ORDER OF PROTECTION FORBIDDING PHYSICAL ABUSE, NEGLECT, EXPLOITATION, HARASSMENT, INTIMIDATION, INTERFERENCE WITH PERSONAL LIBERTY, WILLFUL DEPRIVATION, OR ENTERING OR REMAINING PRESENT AT SPECIFIED PLACES WHEN A PROTECTED PERSON IS PRESENT, OR GRANTING EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD OR GRANTING A STAY AWAY ORDER IS A CLASS A MISDEMEANOR AND A SECOND OR SUBSEQUENT VIOLATION OF A CLASS 4 FELONY. THE GRANTING OF EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD SHALL CONSTITUTE NOTICE FORBIDDING TRESPASS TO LAND. ANY KNOWING VIOLATION OF AN ORDER AWARDING LEGAL CUSTODY OR PHYSICAL CARE OF A CHILD OR PROHIBITING REMOVAL OR CONCEALMENT OF A CHILD MAY BE A CLASS 4 FELONY. STALKING IS A CLASS 4 FELONY FOR A FIRST OFFENSE AND A CLASS 3 FELONY FOR A SUBSEQUENT OFFENSE. ANY WILLFUL VIOLATION OF ANY ORDER IS CONTEMPT OF COURT, ANY VIOLATION MAY RESULT IN FINE OR IMPRISONMENT.

**FINDINGS (Jurisdiction)**
The court finds that:
- [X] Petitioner's actual address is set forth on page one (1).  **OR**
- [ ] Disclosure of Petitioner's address would risk further abuse, and the address set forth below is one for the purpose of service of notice in this case.

Street or P.O. Box _____ City _____ State _____ Zip _____

(Check all that apply)
- [X] Petitioner is present in Court, in person, and/or with counsel, _____
- [X] Respondent has been served with notice pursuant to the statute. _____
- [ ] Respondent has entered an appearance in this case.
- [ ] Respondent is present in court, in person, and/or with counsel, _____
- [ ] Respondent is in default
- [ ] Respondent has filed an answer
- [ ] Petitioner has diligently attempted to complete service of process, has not been able to serve Respondent, and has given notice by publication.
- [X] The persons protected by this Order are Petitioner and the minor child(ren) identified in Part C.
- [X] The court has jurisdiction over the minor child(ren) (750 ILCS 60/208) and/or other protected persons.

**RELATIONSHIP CODE:** The Petitioner/Abused Person stands in relationship to the Respondent as (check _all_ that apply):

| ✓ | CODE | RELATIONSHIP | ✓ | CODE | RELATIONSHIP | ✓ | CODE | RELATIONSHIP | ✓ | CODE | RELATIONSHIP |
|---|------|--------------|---|------|--------------|---|------|--------------|---|------|--------------|
|   | BG | Boyfriend/Girlfriend (dating relationship) | X | CH | Child |   | CC | Child in Common (parties not married) |   | CS | Shared/common Dwelling |
|   | GC | Grandchild |   | GP | Grandparent |   | IL | In-Law |   | PA | Parent |
|   | PC | Personal Assistant or Care giver to Person w/disability |   | PD | Person with disability |   | PR | Person Responsible for High-Risk Adult |   | SB | Sibling (brother/sister) |
|   | SC | Step-child | X | SE | Spouse |   | SP | Step-parent |   | SS | Step-sibling |
|   | XS | Ex-Former Spouse |   | OF | Other Related by Blood or Marriage |   |   |   |   |   |   |

**FINDINGS (General)**

In granting the following remedies, the Court has considered all relevant factors, including, but not limited to the nature, frequency, severity, pattern, and consequences of Respondent past abuse, neglect, or exploitation of Petitioner or any family/household member, including Respondent's concealment of his/her location in order to evade service of process or notice, and the likelihood of danger of future abuse, neglect, or exploitation of the party(ies) to be protected; and, if a child(ren) is/are involved, the danger that any minor child(ren) will be abused, neglected, or improperly removed from the jurisdiction, improperly concealed within the State, or improperly separated from the child(ren)'s primary caretaker.

2

**PLAINTIFF'S EXHIBIT " F "**
**Page 2**

The Court further finds that:
- ☑ Venue is proper (750 ILCS 60/209).
- ☑ Upon examination of the Petition, Petitioner, and the evidence, Respondent has abused the Petitioner and/or the following person(s) protected under this order: _Autumn Fulgham 5_ _____ (750 ILCS 60/214 (a)).
- ☑ The conduct or actions of the Respondent, unless prohibited, will likely cause irreparable harm or continued abuse.
- ☑ It is necessary to grant the requested relief in this order to protect the Petitioner and/or other alleged abused persons.
- ☐ The abused person(s) is/are unable to bring this Petition on his/her own behalf due to age, health, disability, or inaccessibility (750 ILCS 60/214).
- ☐ The Petition has been filed on behalf of a high-risk adult with disabilities who has been abused, neglected, or exploited by a family or household member.
- ☐ An Order of Protection has previously been entered in the instant proceeding or any other proceeding in which any party, or a child of any party, or both, has/have been designated as either a respondent or a protected person (750 ILCS 60/223.1).

IT IS ORDERED the following remedies that are checked apply in this case.

PART A. PERSONAL REMEDIES

☑ **RO1 (Police Enforced)** With respect to all protected persons, Respondent is prohibited from (check all that apply):
  - ☑ Harassment, interference with personal liberty, physical abuse or stalking.    ☐ Willful Deprivation
  - ☑ Intimidation of a dependent.    ☐ Neglect    ☐ Exploitation

☑ **RO3 (Police Enforced)**
  - ☑ Respondent is ordered to stay _300_ ft. away from Petitioner and other protected person(s).
  - ☑ Respondent is ordered to stay _300_ ft. away from the residence of Petitioner and/or other protected persons(s), currently located at _105 W. McConaughy # D-10 Rochelle IL 61168_
  - ☑ Respondent is prohibited from entering or remaining while Petitioner and/or protected person(s) is/are present at:
    - ☐ Their place of employment at _____
    - ☑ Their school, located at _Any School child attends_
    - ☑ Any of the following specified places, when Petitioner and/or protected person(s) is/are present: _Any location_
  - ☑ Respondent is ordered not to communicate in any way - directly, indirectly, or through third parties - with Petitioner and/or other protected persons, including, but not limited to phone, written notes, mail, e-mail, or fax. _except to discuss child and visitation issues_ RTF
- ☐ **R14 (Police Enforced)** Respondent is prohibited from entering or remaining in the residence or household while under the influence of drugs or alcohol and constituting a threat to the safety or well-being of Petitioner or Petitioner's children.

PART B. REMEDIES INVOLVING PROPERTY

☑ **RO2 (Police Enforced)** Petitioner is granted exclusive possession of, and Respondent is prohibited from entering or remaining present at the residence/household located at: _105 W. McConaughy # D-10 Rochelle_ because:
  - ☑ Petitioner has a right to occupancy and Respondent has no such right OR
  - ☐ Petitioner and Respondent both have right to occupancy but the balance of hardships favors Petitioner's occupancy over Respondent's, the court having considered the factors set forth in 750 ILCS 60/214(c)(2).

☐ Respondent ☐ Petitioner shall have the right to enter the residence in the presence of law enforcement or an agreed upon third party, namely _____ - solely to transfer personal property as provided in R10 below. _This does not affect title to property._

☑ **R10 (Court Enforced)** Petitioner is granted the following personal property: _Everything in the house and on the property_
If the Respondent has possession or control of the property, the Respondent shall promptly make it available to the Petitioner.
The Court finds as follows:
  - ☑ Petitioner, but not Respondent, owns the property.
  - ☐ The property is jointly owned by the parties, and sharing it would risk abuse or is impracticable and the balance of hardships favors temporary possession by Petitioner.
  - ☐ Petitioner claims property as marital property, and a proceeding has been filed under the Illinois Marriage and Dissolution of Marriage Act ("IMDMA").
  - ☐ Respondent should be given his/her items of clothing, personal adornments, medications, and other items as follows: _____

☐ **POLICE ENFORCED** Personal property should be transferred ☐ at the residence, OR
  ☐ at _____ on _____, 20__ at ____ (am pm) in the presence of _____

3

**PLAINTIFF'S EXHIBIT " F "**

☒ **R11 (Court Enforced)** Respondent is prohibited from taking, transferring, encumbering, concealing, damaging, or otherwise disposing of any real or personal property, except as explicitly authorized by the Court because:
  ☒ Petitioner, but not Respondent, owns the property; or
  ☐ The Parties own the property jointly, and the balance of hardships favors granting this remedy.
  ☐ Petitioner claims the property as marital property and a proceeding has been filed under the IMDMA
☐ Further, Respondent is prohibited from using financial or other resources of an aged member of the family or household for the profit or advantage of Respondent or any other person.

## PART C. REMEDIES INVOLVING CHILDREN

The minor child(ren) of the parties is/are:

| Full Name | Age | Full Name | Age |
|---|---|---|---|
| Autumn Fulgham | 5 | | |

☒ The primary caretaker of the minor child(ren) is    ☒ Petitioner    ☐ Respondent
  ☐ Other person: _____
                   (Name and Address)

☒ **RO5 (Police Enforced)** Petitioner is granted the physical care and possession of the minor child(ren) of the Parties and
  ☐ Respondent is ordered to return the minor children to the physical care :
  ☐ Petitioner   ☐ Other _____
  on: _____ at _____ am/pm in the presence of _____
                                                      (Name and Address)
☒ Respondent is further ordered not to remove the minor child(ren) from the physical care of the Petitioner, school/school grounds, or babysitter/daycare provider, or other person *in loco parentis* (750 ILCS 60/223(a)(iii)).
☐ Within 24 hours of the issuance of the Order, the Circuit Clerk shall send written notice of the Order to any protected child's day care or school; specifically, that notice be sent to the following: _____

☒ **R06 (Police Enforced)** Petitioner is granted temporary custody of the minor child(ren) of the parties.
  ☒ Said children were born of the marriage between the parties.
  ☐ The parties were never married, said children are children in common of the parties, and there ☐ HAS ☐ HAS NOT been a prior legal determination of parentage.
☐ Any issue has been raised concerning the UCCJA and/or PKPA; the court considered the issue and has determined that this order meets the requirements and is consistent with these statutes (750 ILCS 35/1 et seq. and 28 U.S.C. § 1738A).

☒ **RO7 (Court Enforced)**    **Visitation is:**  ☒ **Denied**   ☐ **Restricted**
Visitation of the minor child(ren) is denied / restricted because Respondent has or is likely to:
  ☐ Abuse of endanger the minor child(ren) during visitation.
  ☒ Use visitation as an opportunity to abuse or harass Petitioner, Petitioner's family, or household members.
  ☒ Improperly conceal or detain the minor child(ren).
  ☒ Act in a manner that is not in the best interest of the minor child(ren).

☐ **Reserved.** Visitation is reserved until further order of the court, or ☐ _____

☒ **Granted.** Respondent shall return the child(ren) to Petitioner or Petitioner's designated person immediately at the end of visitation. Petitioner may deny Respondent access to the minor child(ren) if, when Respondent arrives for visitation, Respondent is under the influence of drugs or alcohol and constitutes a threat to the safety and well-being of Petitioner or Petitioner's minor child(ren) or is behaving in a violent or abusive manner (750 ILCS 60/214(b)(7)).

4

**PLAINTIFF'S EXHIBIT " F "**
**Page 4**

✗ Allow the Respondent to have visitation with the minor child(ren) beginning on  9/9k
   Sept 8, 2007 _____ from 9:00 am/pm to 7:00 am/pm
- ☐ Each day as follows: _____
- ☐ Each weekend (Note: a weekend is defined as from _____ am/pm to _____ am/pm
- ✗ Every other weekend (Note: a weekend is defined as from 9:00 am/pm to 7:00 am/pm
   SAT:    SUN
- ✗ Other: _____

And a like period thereafter during the pendency of the Order, ☐ in addition to the following Holidays:
as agreed by the parties
from _____ am/pm to _____ am/pm.
- ✗ Allow Respondent visitation that the Court finds to be in the best interests of the child(ren).
- ☐ Respondent shall pick up and return the child(ren) for visitation at: _____
   (Street Address/City)
- ☐ Visitation shall take place at _____
   (Street Address/City)
   and transportation shall be provided by _____
- ☐ The Court, finding it necessary to protect Petitioner or other protected parties from further abuse, prohibits Respondent from going to Petitioner's residence to meet the minor child(ren) for visitation.
- ☐ _____ is approved to supervise visitation and has filed an affidavit accepting responsibility and acknowledging accountability to the Court.

✗ **R08 (Police Enforced)** Respondent is ordered not to conceal the minor child(ren) within the State or remove the child(ren) from the State of Illinois.

**R09 (Court Enforced)** Respondent is ordered to appear in Courtroom _____, _____ County Courthouse, on _____ at _____ am/pm ☐ Alone / ☐ With the minor children:
- ☐ To prevent abuse, neglect, removal or concealment of the child;
- ☐ To return the child to the custody or care of the Petitioner; or
- ☐ To permit a court-ordered interview or examination of the child or Respondent.

☐ **R15 (Court Enforced)** Respondent is denied access to and is prohibited from inspecting, obtaining, or attempting to inspect or obtain school or any other records of the minor child(ren) in the care of the Petitioner because:
- ☐ The Order of Protection prohibits Respondent from having contact with the minor child(ren), **OR**
- ☐ Petitioner's actual address is omitted due to the risk of further abuse, **OR**
- ☐ It is necessary to prevent abuse or wrongful removal or concealment of the minor child(ren).

**PART D. FIREARMS**

☐ **R14.5 (Police Enforced)** The Court has examined the Petitioner and any other witnesses under oath, has examined the petition and other relevant evidence on the issue of whether Respondent has threatened or is likely to use a firearm(s) illegally against Petitioner, and finds that there is a danger of the illegal use of firearms.

The Court finds that the Respondent:
- ☐ Has appeared personally in court
- ☐ Failed to appear personally after having received actual notice.

Respondent is ordered to turn over any and all firearms, including the following: _____
_____
_____

Respondent shall turn over the above-listed firearms(s) to the
☐ _____ County Sheriff's Office  ☐ _____ Police Department
on or before _____, 20___ for safekeeping, to be returned to the Respondent on _____, 20___.
(Period not to exceed two years unless otherwise prohibited under federal law. (18 U.S.C. §§ 922 (d)(8), and 922 (d) and (g) (9)).

The Circuit Clerk will notify ☐ _____ County Sheriff's Office ☐ _____ Police Dept. of this provision, and such law enforcement agency shall take possession of said firearm(s) for safekeeping in accordance with the provisions of this Order.

5

**PLAINTIFF'S EXHIBIT " F "**
**Page 5**

**PART E. ECONOMIC REMEDIES**

☐ **R12** (Court Enforced) The Court finds that Respondent is ☐ _____ ☐ unemployed ☐ employed by
at _____ , _____
(Street Address)                                (City/State)
and has an approximate take home pay of $ _____ ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Semi-Monthly

☐ **Respondent is ordered to pay temporary child support in the sum of** $ _____
☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Semi-monthly

☐ Respondent is ordered to pay temporary support to the Petitioner in the sum of $ _____
☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Semi-monthly

Payment will commence on _____, 20 __ and a like amount each period until further order of the Court, said payments to be made through the: ☐ Circuit Clerk / ☐ SDU, and not paid directly to the Petitioner.
Notice of withholding to be filed by Petitioner, if applicable. See Circuit Clerk for Notice of Withholding forms.

☒ **R13** (Court Enforced) Respondent is ordered to pay Petitioner for losses suffered as a direct result of abuse, neglect, or exploitation, specifically:
☐ Medical Expenses                $ _____       ☐ Lost Earnings                          $ _____
☐ Repair/replacement of property                  ☐ Reasonable Attorney Fees     $ _____
   damaged or taken               $ _____       ☐ Moving & other travel expenses $ _____
☐ Reasonable expenses for                          ☐ Expenses for search and recovery
   temporary housing other than a                    of children                             $ _____
   domestic violence shelter/meals $ _____    ☒ Other                                   $ reserved

Respondent is ordered to:    ☐ Pay said amount on or before _____, 20 __.
                             ☐ Pay $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly commencing on
                             _____, 20 __, until amount if paid in full.
Payments are to be made to _____

☐ **R16** (Court Enforced) Respondent is ordered to reimburse:
☐ A shelter providing temporary housing or counseling to Petitioner in the sum of $ _____ payable
to _____ .
       (Name and Address)
☐ The Court finds the cost of the services has been certified by the shelter and deems the costs to be reasonable.
Respondent is ordered to:
☐ Pay said amount on or before _____, 20 __.
☐ Pay $ _____        ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly
   commencing on _____, 20 __, until said amount is paid in full.

**PART F. MISCELLANEOUS REMEDIES**

☐ **R04** (Court Enforced) Respondent is ordered to undergo and successfully complete counseling with
_____ commencing on _____, 20 __.
       (Name and Address)
☐ **R17** Respondent is further ordered and enjoined as follows: _____
_____
_____

☐ Petitioner    ☒ Respondent given copy of this Order of Protection in open court on
~~Abba~~ August 29, 2007 , at 5:18 am/~~pm~~
(Month/Day)

Cause is continued for compliance hearing to Nov 27, 2007, at 9:00 am/~~pm~~
Petitioner to send Notice to Respondent if she desires to
~~Respondent is ordered to appear.~~ extend the Order of Protection.

6

**PLAINTIFF'S EXHIBIT " F "**
**Page 6**