**PLAINTIFF'S EXHIBITS**
**'F' PART 2**

**08 C 521**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

**J. N.**

The relief requested in paragraph(s) _____ of the Petition is/are
☐ Denied
☐ Reserved because the balance of hardships does not support the granting of the remedy, and the granting of the remedy will result in hardship to Respondent that would substantially outweigh the hardship to the Petitioner from the denial of the remedy, or because _____

☐ **INTERIM ORDERS ONLY:**

THIS ORDER WAS ISSUED ON:    Date: _____    Time: _____ am / pm
THIS ORDER WILL EXPIRE ON:    Date: _____    Time: _____ am / pm
(Not more than 30 days)

HEARING ON ENTRY OF INTERIM/PLENARY (FINAL) ORDER SET FOR:

Date: _____ Time: _____ am / pm    OGLE COUNTY COURTHOUSE    _____ (Courtroom #)
5th St. and Washington St., Oregon, IL 61061

☒ **PLENARY (FINAL) ORDERS ONLY:**

☒ THIS ORDER SHALL REMAIN IN EFFECT UNTIL Nov 27, 2007, 20 ___ (not to exceed 2 years).

☐ If the Plenary Order of Protection is entered in conjunction with another civil proceeding, the order shall remain in effect as follows:
  ☐ If entered as preliminary relief in that other proceeding, until entry of final judgment in that other proceeding (Case No. _____ )
  ☐ If incorporated into the final judgment in that other proceeding, until the order of protection is vacated or modified; or
  ☐ If incorporated in an order for involuntary commitment, until termination of both the involuntary commitment and any voluntary commitment for a fixed period of time not exceeding two years.

☐ If the Plenary Order of Protection is entered in conjunction with a criminal prosecution, the order shall remain in effect as follows:
  ☐ If entered during pre-trial release, until disposition, withdrawal, or dismissal of the underlying charge; if, however, the case is continued as an independent cause of action, the order's duration may be for a fixed period of time not to exceed two years; OR
  ☐ If entered in conjunction with a bond forfeiture warrant, until final disposition or an additional period of time not exceeding two years; the Order of Protection, however, shall not be terminated by a dismissal that is accompanied by the issuance of a bond forfeiture warrant; OR
  ☐ Until the expiration of any supervision, conditional discharge, probation, periodic imprisonment, parole, or mandatory supervised release and for an additional period of time thereafter not exceeding two years, said date of expiration being _____ (Month/Day/Year), the order remaining in effect until _____ (Month/Day/Year), not to exceed two (2) years after the expiration of any supervision, conditional discharge, probation, periodic imprisonment, parole, or mandatory supervised release; OR

☐ Until the date set by the court for expiration of any sentence of imprisonment and subsequent mandatory supervised release and for an additional period of time thereafter not exceeding two years, said date of expiration being _____ (Month/Day/Year), the order remaining in effect until _____ (Month/Day/Year), not to exceed two (2) years after the expiration of any supervision, conditional discharge, probation, periodic imprisonment, parole, or mandatory supervised release: OR

☐ Until the date set by the court for expiration of any sentence of imprisonment and subsequent mandatory supervised release and for an additional period of time thereafter not exceeding two years, said date of expiration being _____ (Month, Day, Year), the order remaining in effect until _____ (Month, Day, Year), not to exceed two (2) years after the expiration of any period of imprisonment and supervised release.

7

**PLAINTIFF'S EXHIBIT " F "**
**Page 7**

THIS PLENARY (FINAL) ORDER WAS ISSUED ON: Date: 11/27/07

_____
JUDGE

I hereby certify that this is a true and correct copy of the original order on file with the court.

_____
Clerk of the Circuit Court of
_____ County, Illinois

(Seal of the Clerk of Circuit Court)

Date: _____

cc: ☐ Petitioner ☐ Respondent ☐ Counsel of Record ☐ Sheriff ☐ Advocate ☐ Jail ☐ S/A

NOTICE TO RESPONDENT: YOU MAY PETITION THE COURT, IN ACCORDANCE WITH SECTION 224 OF THE ACT, TO RE-OPEN THE ORDER IF YOU DID NOT RECEIVE ACTUAL PRIOR NOTICE OF THE HEARING IN ACCORDANCE WITH SECTION 211 OF THE ACT, ALLEGING THAT YOU HAVE A MERITORIOUS DEFENSE TO THE ORDER OR THAT THE ORDER, OR ANY IF IT'S REMEDIES, WAS NOT AUTHORIZED BY THE ACT.

8

**PLAINTIFF'S EXHIBIT " F "**
**Page 8**