**PLAINTIFF'S EXHIBITS**
**'G'**

Administrative Agency: P   Incident #: 200700012666   Case_Nr:
Report No. 1   Entered: 10/06/2007 12:13   By Officer: 00000301 Sergeant Chet Smith
Subject: Report

**08 C 521**

On 100607 at approx 0900hrs I(Sgt Smith) was dispatched to the lobby of the police department in reference to a child exchange(see 07-12665).

Upon my arrival I spoke to Rhia Fulgham. Rhia advised her ex-husband(Eric Fulgham) was to arrive at 9am according to the Order of Protection issued on 082907 by Judge Robert Hansen(Active issued on 080907 no contact with Rhia Fulgham). Rhia advised she had called Eric on his cell phone and advised Eric was not sure when he would arrive to pick up his daughter (Autumn) and that he was in DeKalb. Rhia wanted to know what her options were at this point. I advised Rhia her options and she filed a report stating Eric had not arrived at the police station for their agreed upon ex-change. Rhia left the police station.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

**J. N.**

Dispatch advised Rhia had called and was stating Eric was now following her and they were at the Veternarian Clinic. While I was en route to the clinic dispatch advised Eric had contacted the police station and wanted to speak to me. I spoke with Eric via cell phone. Eric stated he was calling to let me know he was at the Veterinarian Clinic(1381 N 7th St) and that he had followed Rhia in her vehicle(known to Eric). Eric stated he was going to wait for me to arrive. Eric stated Rhia's boyfriend(Steve Wodrazka) had taken his daughter into the clinic.

Upon my arrival I saw Eric parked in his vehicle in front of the Veterinarian Clinic and I saw Rhia's vehicle parked on the Southeast Corner with Rhia in the front passenger seat(Officer Goodwin assisted). I spoke to Steve(inside the clinic). Steve advised they(himself/Rhia/Autumn) were North on 7th St and Eric followed them in his vehicle to the Veterinarian Clinic. Steve stated once he parked at the clinic he grabbed Autumn from the back seat and ran inside with her, as they felt threatened.

I spoke to Karen C Rush(Eric's girlfriend). Karen stated they were on their way to the police station and they(her and Eric) saw Rhia's vehicle North on 7th St. Karen stated they were on Rt 38 Westbound towards N 7th St when they saw Rhia's vehicle passed by. Karen stated Eric followed Rhia's vehicle North on N 7th St and she told Eric to pull over and call the police. Karen stated he did call us and pulled into the parking lot of the Veterinarian Clinic.

**PLAINTIFF'S EXHIBIT " G "**
**Page 1**

Administrative Agency: P   Incident #: 200700012666   Case_Nr:
Report No. 1   Entered: 10/06/2007 12:13   By Officer: 00000301 Sergeant Chet Smith
Subject: Report

Eric was advised he was being arrested for Violation of an Order of Protection. Eric was handcuffed and brought to the police station. Karen refused assistance in locating a hotel as she was unable to drive Eric's vehicle.

Once at the police station Eric was placed in the interview room and at 1000hrs Eric was read his Miranda Warning(dept form). Eric stated he was en route to the police station to pick up his daughter as part of the agreed upon ex-change with Rhia. Eric stated he saw Rhia's vehicle North of 7th St and does not turn towards their residence. Eric stated he wanted to know where they were going and to get his daughter. Eric stated he remained 3 or 4 car lengths behind Rhia's vehicle and they turned into the clinic. Eric stated he then pulled into the parking lot and called the police station. Eric stated he remained until my arrival.(written statement given)

I advised Eric his(knowingly) following and remaining within 300ft is a violation of Part A RO3-Respondant is ordered to stay 300ft away from Petitioner(Rhia)-Explained from Eric's copy of the Order of Protection(#07-OP-110 issued on 082907 at 1718hrs. Eric advised he believed there to be a contradiction from RO3 and RO7. I informed Eric I would enter his belief there is conflicting orders.

Eric was allowed to make numerous telephone calls to arrange for someone to pick up Karen, as she was unable to leave in Eric's vehicle. Eric was placed in a cell to wait transport to the Ogle County jail.

Nothing further.

Sgt Smith#301

**PLAINTIFF'S EXHIBIT " G "**
**Page 2**