**FILED**
**JANUARY 23, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number: **08 C 521**

ERIC J. FULGHAM v.

SGT. CHESTER SMITH, OFFICER JASON GOODWIN,
OFFICER TYLER BURGESS, POLICE CHIEF ROB BUCK,
CITY OF ROCHELLE, ILLINOIS

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ERIC J. FULGHAM                                                                                  **J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| UCHE O. NWAKUDU | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Uche O. Nwakudu | |
| FIRM | |
| Uche O. Nwakudu & Associates | |
| STREET ADDRESS | |
| 53 W JACKSON, CHICAGO | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6288467 | (312) 922-8243 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐