IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC J. FULGHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sgt. CHESTER SMITH (#301), OFFICER )<br>JASON GOODWIN, OFFICER TYLER )<br>BURGESS, ROB BUCK, Chief of Police of )<br>City of Rochelle, CITY OF ROCHELLE, )<br>ILLINOIS, )<br>)<br>Defendants. ) | No.  08 C 521<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Maria Valdez |

**MOTION TO TRANSFER VENUE**

Defendants, Chester Smith, Jason Goodwin, Tyler Burgess, Rob Buck and the City of Rochelle, Illinois, move this court, pursuant to 28 U.S.C. §1404(a), for entry of an order transferring this case, intradistrict, to the U.S. District Court for the Northern District of Illinois, Western Division, and state as follows:

1. Plaintiff has filed suit in the U.S. Court for the Northern District of Illinois, Eastern Division, and alleges various deprivations of federally protected rights under color of law pursuant to 42 U.S.C. § 1983, and supplemental state law torts.

2. On the face of the complaint, it is alleged that all of the alleged actions and omissions giving rise to this complaint occurred in Rochelle, Ogle County, Illinois, and that all of the witnesses and individually named defendants will be found in Rochelle, Ogle County, Illinois.

3. Ogle County, Illinois is within the Western Division of this Court.  28 U.S.C. § 93(a)(2).

4. Since all of the witnesses, all of the defendants and all of the occurrences giving rise to plaintiff's complaint are found in the Western Division, it is submitted that that Division is the more convenient forum and this matter should be transferred within the District.

5. No party is intended to be prejudiced by the filing of this motion and defendants submit a memorandum of law herewith more fully setting forth the bases upon which the motion should be granted.

For the foregoing reasons, it is respectfully submitted that this Court, within its discretion, should enter an order transferring this case to the U.S. District Court for the Northern District of Illinois, Western Division.

    /s/  Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com

**CERTIFICATE OF LAWYER**

The undersigned hereby certifies that on February 12, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Attorney Uche O. Nwakudu
1301 W. 22nd Street, Suite 108
Oak Brook, IL  60523

   /s/  Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS, Defendants
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com