IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC J. FULGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 521 |
| ) | |
| Sgt. CHESTER SMITH (#301), OFFICER ) | Judge Joan B. Gottschall |
| JASON GOODWIN, OFFICER TYLER ) | |
| BURGESS, ROB BUCK, Chief of Police of ) | Magistrate Judge Maria Valdez |
| City of Rochelle, CITY OF ROCHELLE, ) | |
| ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

TO:   Attorney Uche O. Nwakudu
      1301 W. 22nd Street, Suite 108
      Oak Brook, IL 60523

YOU ARE HEREBY notified that on the 21st day of February, 2008, at 9:30 o'clock A.M., or soon thereafter as Counsel may be heard, I shall appear before Judge Joan B. Gottschall in the room usually occupied by her as a Court Room, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there:  Present a **Motion to Transfer Venue**, a copy of which is attached hereto.

At which time and place you may appear, if you so desire.

Dated:  February 12, 2008

                                                                           SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS, Defendants

                                                                           By WILLIAMSMcCARTHY LLP

Stephen E. Balogh                                         By:_____
WilliamsMcCarthy LLP                                               Stephen E. Balogh
120 W. State Street, Suite 400
P.O. Box 219
Rockford, IL 61105
(815) 987-8900

-2-

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on February 12, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Attorney Uche O. Nwakudu
>1301 W. 22nd Street, Suite 108
>Oak Brook, IL  60523

>       /s/  Stephen E. Balogh
>Stephen E. Balogh
>Attorney for defendants,
>SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS, Defendants
>WilliamsMcCarthy LLP
>120 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 968-0019
>E-mail:  sbalogh@wilmac.com