# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 521 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Eric J.Fulgham vs. Smith , et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's counsel did not appear.  Defendant's counsel represented that all parties are in agreement that this matter be transferred to the Western Division.  Defendants' motion to transfer venue [11] is granted.  It is hereby ordered that this case is transferred to the U.S.District Court for the Northern District of Illinois, Western Division.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | RJ |
|---|---|---|