

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
Clerk

**OFFICE OF THE CLERK**
Telephone: (312) 435-5670

February 28, 2008

**FILED**
FEB 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Kapala

Ms. Julia Mitchell
U.S. District Court for the Northern
    District of Illinois, Western Division
U.S. Courthouse
211 Court Street
Rockford, Illinois 61101

RE: Eric J. Fulgham Vs. Chester Smith, et al,
    US District Court, N.D. IL, E. Div., Case No. 08-CV-521

Dear Ms. Mitchell:

Pursuant to the order of February 21, 2008, entered by Judge Joan B. Gottschall the above record is transferred to the United States District Court for the Northern District of Illinois, Western Division.

Sincerely yours,

Michael W. Dobbins, Clerk

Angela Revis,
Deputy Clerk