IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC J. FULGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 C 521 |
| | ) | |
| Sgt. CHESTER SMITH (#301), OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, ROB BUCK, Chief of Police of City of Rochelle, CITY OF ROCHELLE, ILLINOIS, | ) ) ) ) ) | Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | |

**MOTION FOR
ENTRY OF PROTECTIVE ORDER**

Defendants, Sgt. Chester Smith, Officer Jason Goodwin, Officer Tyler Burgess, Chief Rob Buck & City of Rochelle, Illinois, move this Court for entry of a protective order pursuant to Rule 26 of the Federal Rules of Civil Procedure. A copy of the order sought to be entered is attached hereto and incorporated herein by reference. Counsel for plaintiff has no objection to the entry of this order.

    /s/  Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
  Sgt. Chester Smith, Officer Jason Goodwin, Officer Tyler Burgess, Chief Rob Buck & City of Rochelle, Illinois
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com

-2-

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on May 7, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Attorney Uche O. Nwakudu
>1301 W. 22nd Street, Suite 108
>Oak Brook, IL  60523

>   /s/  Stephen E. Balogh
>Stephen E. Balogh
>Attorney for defendants,
>SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS, Defendants
>WilliamsMcCarthy LLP
>120 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 968-0019
>E-mail:  sbalogh@wilmac.com