UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Eric J. Fulgham
                Plaintiff,

v.                                    Case No.: 1:08−cv−00521
                                    Honorable Frederick J. Kapala

Chester Smith, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Discovery hearing held on 7/30/2008. Case is resolved. Parties given to 8/29/08 to file stipulation to dismiss. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.