### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| ERIC J. FULGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 521 |
| | ) | |
| Sgt. CHESTER SMITH (#301), OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, ROB BUCK, Chief of Police of City of Rochelle, CITY OF ROCHELLE, ILLINOIS, | ) ) ) ) ) ) | Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |
| Defendants. | ) | |

## STIPULATION TO DISMISS

All matters in controversy having been settled and compromised it is hereby stipulated and agreed by all parties, pursuant to Fed. R. Civ. P. 41(a), that this matter may be dismissed with prejudice, in its entirety, with each party to bear his or its own costs and attorney's fees. It is further stipulated and agreed that the order of dismissal may be entered by Magistrate Judge P. Michael Mahoney.


 /s/ Uche O. Nwakudu
Uche O. Nwakudu
Attorney for plaintiff,
 ERIC J. FULGHAM
1301 W. 22nd St., Ste. 108
Oak Brook, IL  60523
Telephone:  (630) 341-1376
E-mail:  sarawendu@aol.com

 /s/ Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
 SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com

-2-

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on August 13, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Attorney Uche O. Nwakudu
>1301 W. 22nd Street, Suite 108
>Oak Brook, IL  60523

>   /s/  Stephen E. Balogh
>Stephen E. Balogh
>Attorney for defendants,
>SGT. CHESTER SMITH, OFFICER JASON GOODWIN, OFFICER TYLER BURGESS, CHIEF ROB BUCK & CITY OF ROCHELLE, ILLINOIS, Defendants
>WilliamsMcCarthy LLP
>120 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 968-0019
>E-mail:  sbalogh@wilmac.com